UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ERVIN GUIDRY and LINDA GUIDRY**                                            **PLAINTIFFS**

**V.**                                         **CIVIL ACTION NO.1:07CV036 LTS-RHW**

**LEXINGTON INSURANCE COMPANY;**
**THIGPEN INSURANCE AGENCY, INC.;**
**AM FED COMPANIES, LLC; and**
**HANCOCK MORTGAGE CORPORATION**                                            **DEFENDANTS**

## ORDER

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED**

That the motion [7] of the plaintiffs to remand this action is **DENIED**;

That the motion [12] of Thigpen Insurance Agency, Inc., to dismiss the complaint against it is hereby **GRANTED,** and the complaint against Thigpen Insurance Agency, Inc., is **DISMISSED WITHOUT PREJUDICE** to the right of the plaintiffs to seek leave of court to amend the complaint to state a valid cause of action against Thigpen Insurance Agency, Inc., within thirty days of the date of this order if they have grounds do so;

That the motion to dismiss set out as the First Defense in the answer [9] of AmFed LLC is hereby **GRANTED,** and the complaint against AmFed Companies, LLC, is hereby **DISMISSED WITHOUT PREJUDICE** to the right of the plaintiffs to seek leave of court to amend the complaint to state a valid cause of action against AmFed Companies LLC, within thirty days of the date of this order if they have grounds to do so.

**SO ORDERED** this 22nd day of May, 2007.

s/ L. T. Senter, Jr.
L. T. SENTER, JR.
SENIOR JUDGE